ANNA M. BOONE, *Appellant*, v. THOMAS P. GAY, E. B. STEELE, L. PETRE, H. L. ENGLERT AND FLORA J. AKERS, *Appellees*.

Opinion Filed November 20, 1922.

An Appeal from the Circuit Court for Lee County; George W. Whitehurst, Judge.

*Cyrus Q. Stewart* and *L. G. Pope,* for Appellant;

*Frank C. Alderman* and *Walter O. Sheppard,* for Appellees.

PER CURIAM.—This appeal was taken from an order sustaining a demurrer to a bill of complaint. As the allegations of the bill of complaint afford a sufficient predicate for substantial relief if sustained by appropriate and sufficient evidence, the demurrer to the whole bill should have been overruled. Wells v. Williams, 80 Fla. 498, 86 South.

Rep. 336; Florida' East Coast Ry. Co. v. City of Miami, 80 Fla. 329, 86 South. Rep. 208. See also Wertz v. Tampa Electric Co., 78 Fla. 405, 83 South. Rep. 270; Peterson v. Oscar Daniels Co., 83 Fla. 29, 90 South. Rep. 621; Catts v. Henderson, 81 Fla. 138, 87 South. Rep. 313; Jaudon v. Fidelity Bank & Trust Co., 81 Fla. 313, 87 South. Rep. 313.

Reversed.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.